In the Matter of OSCAR ZINN. STANLEY KOENIGSBERG et al.— Motion for reargument or clarification denied, with $10 costs. (See *Matter of Katz*, 2 Misc 2d 325, affd. 1 A D 2d 657.) Concur — Markewich, J. P., Nunez, Kupferman, Steuer and Capozzoli, JJ.